UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PATRICK JOSEPH,

        Petitioner,                       Case No. 1:21-cv-8

v.                                          Honorable Paul L. Maloney

UNKNOWN DUNBAR,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** because it is entirely duplicative of the petition filed in *Joseph v. Dunbar*, No. 1:20-cv-931 (W.D. Mich.) *(Dunbar I)* and, therefore, frivolous. The dismissal is **WITHOUT PREJUDICE** with regard to the pending *Dunbar I* petition.


Dated:   January 12, 2021                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge